IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 NOV 13 PM 2: 14

TEXAS-EASTERN

| | |
|---|---|
| HOLLY PITCHFORD, § § Plaintiff, § § v. § § THE OFFICE OF THE STAFF JUDGE § ADVOCATE GENERAL, ET AL. § § Defendants. § | CASE NO. 4:07cv359 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 22, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's case be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's Motion to Stay Proceedings or Withdraw Complaint (Dkt. 25) is GRANTED in part, and Plaintiff's case is dismissed without prejudice to refiling. The motion is, in all other respects, denied.

**IT IS SO ORDERED.**

SIGNED this 12th day of November, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE